IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALE R. PETERS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 06-3254 |
| | : | |
| **LOUIS S. FOLINO,** *et al* | : | |

### ORDER

**AND NOW**, this 18th day of August, 2008, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Petitioner's "Traverse Response" to Respondents' Answer Filed, the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Strawbridge is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　　　/Timothy J. Savage　　　　　
　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.